```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20828
   MATTIE DIXON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7110


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 11/07/2007 and was not confirmed.

     The case was dismissed without confirmation 03/27/2008.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
OCWEN FEDERAL BANK       CURRENT MORTG       .00            .00            .00
OCWEN FEDERAL BANK       MORTGAGE ARRE   34674.86           .00            .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER      80.25           .00            .00
MCI WORLD COM            UNSEC W/INTER  NOT FILED           .00            .00
MCI WORLDCOM             NOTICE ONLY    NOT FILED           .00            .00
PARK DANSAN              UNSEC W/INTER  NOT FILED           .00            .00
LASALLE BANK             NOTICE ONLY    NOT FILED           .00            .00
FORD MOTOR CREDIT        UNSECURED        2805.76           .00            .00
HELLER & RICHMOND~       DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                         828.00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              828.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                828.00
                   --------------         --------------
TOTALS               828.00                  828.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20828 MATTIE DIXON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 20828 MATTIE DIXON